UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WATERKEEPERS NORTHERN CALIFORNIA, a non-profit corporation, doing business as DELTAKEEPER, and BILL JENNINGS, an individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>AG INDUSTRIAL MANUFACTURING, INC., a corporation; and CLAUDE E. BROWN, an individual;<br><br>    Defendants. | NO. CIV. S 00-1967 MCE PAN<br><br><u>AMENDED ORDER</u> |

----oo0oo----

By letter to the Court dated September 21, 2005, counsel for Plaintiffs in this matter has requested a ruling as to the parties' request for limited additional discovery in this matter. In January of 2005, the parties approved and submitted to the Court for signature a revised Status (Pretrial Scheduling) Order ("PTSO") in this matter given the fact that the original PTSO, issued on January 5, 2005, had become outdated due to a

1

1  subsequent dismissal of the case for lack of subject matter
2  jurisdiction, and proceedings on appeal which ultimately resulted
3  in return of the matter to this Court for further handling in
4  early 2005.  Given that reactivation, and the fact that the
5  original discovery deadline had passed as of April 18, 2002, both
6  parties requested that limited additional discovery be permitted
7  in order to bring the case up to date.

8  Because the parties' cross motions for summary judgment did
9  not result in a disposition of the entire case, with a jury trial
10 on calendar for December 7, 2005, the request for additional
11 discovery must now be addressed.[1]  Discovery will be permitted,
12 as of the date of this Order, for the limited purpose of
13 addressing matters that have transpired since April 18, 2002 with
14 respect to the following:   1) any ongoing discharge of
15 pollutants from Defendants' Lodi manufacturing facility; 2)
16 Defendants' compliance with required pollution control measures
17 at said facility; and 3) updated financial disclosures by
18 Defendants.  That limited discovery shall be completed not later
19 than December 16, 2005. No extensions of this date will be
20 permitted.

21 In accordance with the additional time being afforded for
22 discovery, the currently scheduled final pretrial conference, set

---

[1] By letter to the Court dated September 22, 2005, Defendants' counsel now objects to "completely reopening discovery" in an "unlimited" fashion due to concerns about expeditiously moving this case towards trial.  As set forth below, however, the additional discovery being permitted is not unlimited.  In addition, Defendants' September 22, 2005 letter expresses no opposition to continuance of the trial in this matter, so long as it is not scheduled past March of 2006.  The continuance granted below is within those parameters.

1  for October 24, 2005, as well as the December 7, 2005 jury trial,
2  are hereby vacated.  The final pretrial conference is rescheduled
3  to February 6, 2006 at 1:30 p.m.  Trial in this matter, which
4  shall be before an eight-member jury, shall commence on March 22,
5  2006 at 9:00 a.m.

7      IT IS SO ORDERED.

9  DATED: October 11, 2005

                                                                         MORRISON C. ENGLAND, JR
                                                                         UNITED STATES DISTRICT JUDGE