| | |
|---|---|
| 1 | LAW OFFICES OF ANDREW L. PACKARD |
|   | ANDREW L. PACKARD - #168690 |
| 2 | 294 Page Street |
|   | San Francisco, CA  94102 |
| 3 | Telephone:  (415) 431-2970 |
|   | Facsimile:  (415) 431-0410 |
| 4 | Email:  packardal@mindspring.com |
| 5 | KEKER & VAN NEST, LLP |
|   | JEFFREY R. CHANIN - #103649 |
| 6 | DANIEL PURCELL - #191424 |
|   | DAN JACKSON - #216091 |
| 7 | KHARI J. TILLERY - #215669 |
|   | 710 Sansome Street |
| 8 | San Francisco, CA  94111-1704 |
|   | Telephone:  (415) 391-5400 |
| 9 | Facsimile:  (415) 397-7188 |
|   | Emails:  jchanin@kvn.com; dpurcell@kvn.com; |
| 10 | djackson@kvn.com; ktillery@kvn.com |
| 11 | Attorneys for Plaintiffs |
|    | WATERKEEPERS NORTHERN CALIFORNIA and BILL |
| 12 | JENNINGS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WATERKEEPERS NORTHERN CALIFORNIA, a non-profit corporation dba DELTAKEEPER; and BILL JENNINGS, an individual, | Case No. 2:00-cv-1967 MCE PAN |
| Plaintiffs, | **ORDER VACATING ALL PRE-TRIAL AND TRIAL DATES** |
| v. | |
| AG INDUSTRIAL MANUFACTURING, INC., a corporation; and CLAUDE E. BROWN, an individual, | |
| Defendants. | |

364785.01

1  WHEREAS, the parties have represented to the Court that they have reached an
2  agreement in principle to settle the above-entitled matter;
3  WHEREAS, the parties have represented to the Court that they are currently in the
4  process of drafting a final settlement agreement, which they plan to submit to the Court and the
5  Department of Justice for approval no later than February 7, 2006;
6  The Court HEREBY VACATES all pre-trial and trial dates, including, but not limited to,
7  the following:

| | |
|---|---|
| February 6, 2006 at 1:30 p.m. | Pretrial Conference |
| March 22, 2006 at 9:00 a.m. | Trial |

Date: January 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

364785.01

1