UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATERKEEPERS NORTHERN CALIFORNIA,<br><br>            Plaintiff,<br><br>    v.<br><br>AG INDUSTRIAL MANUFACTURING, INC. and CLAUDE E. BROWN,<br><br>            Defendants.<br>_____/ | No. 2:00-cv-1967-MCE-PAN<br><br><br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

   Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

   In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 6, 2006.

///
///
///
///
///
///

1 |     Failure to comply with this order may be grounds for the
2 | imposition of sanctions on any and all counsel as well as any
3 | party or parties who cause non-compliance with this order.
4 |     IT IS SO ORDERED.
5 | DATED: February 13, 2006

                                      _____
                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE