KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DANIEL PURCELL - #191424
DAN JACKSON - #216091
KHARI J. TILLERY - #215669
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Emails:  jchanin@kvn.com; dpurcell@kvn.com;
djackson@kvn.com; ktillery@kvn.com

LAW OFFICES OF ANDREW L. PACKARD
ANDREW L. PACKARD - #168690
319 Pleasant Street
Petaluma, CA  94952
Telephone:  (707) 763-7227
Facsimile:  (707) 762-9227
Email:  andrew@packardlawoffices.com

Attorneys for Plaintiffs
WATERKEEPERS NORTHERN CALIFORNIA
and BILL JENNINGS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WATERKEEPERS NORTHERN CALIFORNIA, a non-profit corporation dba BAYKEEPER; and BILL JENNINGS, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>AG INDUSTRIAL MANUFACTURING, INC., a corporation; and CLAUDE E. BROWN, an individual,<br><br>        Defendants. | Case No. 2:00-cv-1967-MCE-PAN<br><br><br><br>**STIPULATED DISMISSAL; ORDER** |

1    Plaintiffs Waterkeepers Northern California (dba Baykeeper) and Bill Jennings and

2   Defendant AG Industrial Manufacturing, Inc. stipulate to a dismissal of the above-entitled action,

3   with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Consent Decree

4   entered by the Court on March 3, 2006, except that the court shall retain jurisdiction for the

5   limited purpose of enforcing the Consent Decree.

6
     Dated:  May 31, 2006                          KEKER & VAN NEST, LLP
7
                                                   By:              /s/
8
                                                   KHARI J. TILLERY
9                                                  Attorneys for Plaintiff
                                                   WATERKEEPERS NORTHERN
10                                                 CALIFORNIA (dba BAYKEEPER)

11  Dated:  May 31, 2006                           THE LAW OFFICES OF ANDREW
                                                   PACKARD
12
                                                   By:              /s/
13
                                                   ANDREW PACKARD
14                                                 Attorneys for Plaintiffs
                                                   WATERKEEPERS NORTHERN
15                                                 CALIFORNIA (dba BAYKEEPER) and
                                                   BILL JENNINGS
16
    Dated:  May 31, 2006                           HAUSER & MOUZES, A Professional
17                                                 Law Corporation

18                                                 By:              /s/

19                                                 DENNIS HAUSER
                                                   Attorneys for Defendants
20                                                 AG INDUSTRIAL MANUFACTURING
                                                   AND CLAUDE BROWN
21

22

23

24  **THE FORGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

25  DATED: June 20, 2006

26

27  _____
    MORRISON C. ENGLAND, JR
28  UNITED STATES DISTRICT JUDGE